**Order entered September 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01191-CR

**DONALD LEWIS WASHINGTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F-1353040-H**

## ORDER

The Court has before it appellee The State of Texas's September 12, 2014 motion to accept its contemporaneously tendered brief. We **GRANT** appellee's motion and we **DIRECT** the clerk to file appellee's brief as of the date of this order.

/s/     ROBERT M. FILLMORE
PRESIDING JUSTICE